W. W. GINN ET UX V. CITY OF TYLER.

No. A-2478. Decided March 15, 1950.
(227 S. W., 2d Series, 1022.)

*Pollard, Lawrence and Reeves* and *W. Dewey Lawrence,* all of Tyler, for petitioner.

*Troy Smith* and *Ted Chilcote,* both of Tyler, for respondent.

PER CURIAM:

Application for writ of error is dismissed for want of jurisdiction. Since the points presented by the application for writ of error involved only questions of the admissibility of evidence, which do not necessarily control the case, the application for writ of error is dismissed for want of jurisdiction. Davis v. Williams, 136 Texas 27, 146 S. W. (2d) 982.

Opinion delivered March 15, 1950.